UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 25-mj-104 (DLM)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | **DEFENDANT'S MOTION FOR** |
| ) | **CONTINUANCE OF DETENTION** |
| ABDISATAR AHMED HASSAN, ) | **HEARING** |
| ) | |
| Defendant. | |

Mr. Hassan by and through his attorneys, hereby respectfully moves the Court for a continuance under 18 U.S.C. § 3142(f)(2)(B) of the presently scheduled detention hearing. Mr. Hassan is requesting more than a 5-day continuance for good cause and requests the hearing, along with the preliminary hearing, be held on Thursday, March 13, 2025, in the morning.

Mr. Hassan is charged by complaint with Material Support to a Terrorist Organization. The allegations involve attempted travel to a foreign county and support for a terrorist organization. There are allegations of social media posts as noted in the criminal complaint. (ECF 1). Counsel was appointed on March 3, 2025. The detention and preliminary hearings are set presently for Wednesday, March 5, 2025, at 10:15 a.m. Counsel needs additional time to prepare for the detention hearing because of the allegations involve more than a read of the complaint, the need to communicate with family, some who do not live in the United States, the need to verify information, and to allow counsel more time with Mr. Hassan who is housed at the Sherburne County Jail. Defense counsel believes that these reasons provide a good-cause basis for continuing these

hearings in the interest of justice.

For the above reasons, we are requesting that the presently set detention hearing be continued until March 13, 2025, in the morning per both parties' calendars, and that the preliminary hearing be set for that same time. The government has expressed a preference to be concluded with these proposed proceedings by 11:30 a.m. on 3/13/25, if possible. Defense counsel notes that the proposed date and time fall within the 14-day window during which a preliminary hearing must be held, pursuant to F.R.Crim.P 5.1(c).

Further, defense counsel has conferred with the government, and it has graciously indicated no objection to this Motion under these circumstances.

Dated: March 4, 2025                                   Respectfully submitted,

                                                       *s/James S. Becker*

                                                       James S. Becker
                                                       Attorney ID No. 0388222
                                                       Manny K. Atwal
                                                       Attorney ID No. 0282029
                                                       Attorneys for Mr. Hassan
                                                       107 U.S. Courthouse
                                                       300 South Fourth Street
                                                       Minneapolis, MN 55415